UNITED STATES DISTRICT COURT
ALABAMA MIDDLE DISTRICT (MONTGOMERY)

RECEIVED
2007 MAR -7  A 7:57

UNITED STATES OF AMERICA
Plaintiff,

-vs-

DEMETRIOUS TERRELL PEGUES
Defendant

Case No. 06-CR-00169
Hon. W. Harold Albritton III

## MOTION TO ALLOW COUNSEL TO APPEAR PRO HOC VICE

NOW COMES Henry M. Scharg, attorney for defendant, Demetrius Terrell Pegues, and moves this Honorable Court to allow him admission to practice in this jurisdiction for this matter only, and in support of his motion, states as follows:

1. That counsel requests this Honorable Court to allow his to practice Pro Hoc Vice in the above-entitled matter.

2. That counsel has been licensed to practice law in the State of Michigan since July 13, 1978. Further, counsel has been admitted in the Sixth Circuit Court of Appeals.

3. That counsel's practice is almost exclusively limited to criminal law in both Federal and State Courts. He has been a member of the National Association of Criminal Defense Lawyers for many years. He is a member of the Federal and State Bar Associations in his jurisdiction. He is also a CJA panel member for the Eastern District of Michigan.

4. That counsel is familiar with the Federal Rules of Criminal Procedure and will familiarize himself with local rules of the Middle District of Alabama and agrees to abide by those rules as well as the disciplinary rules of both the State and Federal Courts.

5. That similar to this application, the Eastern District of Michigan allows this type of appearance for all out of state counsel, subject to its local rules and procedures.

WHEREFORE, it is respectfully requested that this Honorable Court allow counsel to represent his client, Demetrius Terrell Pegues, Pro Hoc Vice.

Respectfully submitted:

Henry M. Scharg (P-28804)
Attorney for Defendant
302 W. Main St.
Northville, MI 48167
(248) 596-1111
e-mail: hmsattyatlaw@aol.com

Dated: March 5, 2007