# United States District Court Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, certify that

## HENRY M. SCHARG

was admitted to practice in this Court on November 8, 1978 and is in good standing as a member of the bar of this Court.

Dated at Detroit, Michigan on March 6, 2007.

*David J. Weaver*
Clerk

By _____,
Attorney Admissions Clerk

INT-0104-DT-4/91