UNITED STATES DISTRICT COURT
ALABAMA MIDDLE DISTRICT (MONTGOMERY)

UNITED STATES OF AMERICA
**Plaintiff,**

-vs-                                        Case No. 06-CR-00169-WKW

**DEMETRIOUS TERRELL PEGUES**
**Defendant**

_____.

## ORDER ALLOWING COUNSEL TO APPEAR PRO HOC VICE

Defense counsel having moved this Honorable Court to allow him to practice in this jurisdiction Pro Hoc Vice, and the Court being fully advised;

**IT IS HEREBY ORDERED** that Henry M. Scharg, attorney for defendant Demetrius Terrell Pegues, be allowed admission to practice in this jurisdiction to represent his client, Demetrius Terrell Pegues, Pro Hoc Vice.

**SO ORDERED.**

_____.

United States District Judge

Entered:_____.