IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:06-cr-169-WKW |
| | ) |
| DEMETRIOUS TERRELL PEGUES, *et al.* | ) |
| | ) |

## **ORDER**

Upon consideration of Henry M. Scharg's Motion to Allow Counsel to Appear Pro Hac Vice (Doc. # 103), it is ORDERED that the motion is GRANTED.

Done this 7th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE