| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:51 - 11:18 |

√ ARRAIGNMENT   ❏ CHANGE OF PLEA   ❏ CONSENT PLEA
❏ RULE 44(c) HEARING   ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr169-WKW   **DEFENDANT NAME:** Demetrious Terrell Pegues
**AUSA:** Clark Morris   **DEFENDANT ATTORNEY:** Henry Scharg

Type counsel ( )Waived; ( √ )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
❏ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
❏ ORAL ORDER appointing Federal Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ Not Guilty
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):      ❏ dismissed on oral motion of USA
         ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   **6/4/07**
      **DISCOVERY DISCLOSURE DATE: 3/7/07**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel
Defendant's ORAL WAIVER of any detention hearing.