IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEMETRIOUS TERRELL )<br>PEGUES, et al., )<br>)<br>Defendants. ) | Case No.: 2:06-cr-00169-WKW-SRW |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned, Jerry M. Blevins, and files his Notice of Appearance as co-counsel for Defendant, Demetrious Terrell Pegues, effective immediately.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Co-Counsel for Defendant

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
 (334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        John T. Harmon, Esq.
        A. Clark Morris, Esq.
        P.O. Box 197
        Montgomery, Alabama 36101-0197

        /s/ Jerry M. Blevins
        Jerry M. Blevins