IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06cr169-WKW |
| ) | WO |
| DEMETRIOUS TERRELL PEGUES ) | |
| TERRENCE ANTWAN JEROME NEWKIRK ) | |
| WILLIAM EARL ULMER ) | |

## ORDER ON MOTION

All the defendants named above waived detention hearings, as they appeared for initial appearance and arraignment in this court on writs from state custody.

Accordingly, it is ORDERED that defendants are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Each defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver each defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 8th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE