**UNITED STATES DISTRICT COURT**
**ALABAMA MIDDLE DISTRICT (MONTGOMERY)**


**UNITED STATES OF AMERICA**
**Plaintiff,**


   **-vs-**          **Case No. O6-CR-00169**
               **Hon. W. Keith Watkins**

**DEMETRIOUS TERRELL PEGUES**
       **Defendant**

                **.**


<u>APPEARANCE</u>


   PLEASE ENTER MY APPEARANCE as attorney for the Defendant, DEMETRIUS PEGUES, in the above entitled cause of action.


         Respectfully submitted:


         <u>/s/Henry M. Scharg (P28804)</u>
         Attorney for Defendant Pegues
         302 W. Main St.
         Northville, Michigan 48167
         (248) 596-1111
         E-mail: hmsattyatlaw@aol.com


Dated:  March 9, 2007

**UNITED STATES DISTRICT COURT**
**ALABAMA MIDDLE DISTRICT (MONTGOMERY)**


**UNITED STATES OF AMERICA**
        **Plaintiff,**


    **-vs-**                   **Case No. O6-CR-00169**
                                  **Hon. W. Keith Watkins**

**DEMETRIOUS TERRELL PEGUES**
           **Defendant**

_____.


CERTIFICATE OF SERVICE


      I hereby certify that on March 9, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:


                      A. Clark Morris
                      Assistant U.S. Attorney
                      PO Box 197
                      Montgomery, AL 36101


                      Respectfully Submitted:


                      /s/ Henry M. Scharg (P28804)
                      Attorney for Defendant
                      302 W. Main St.
                      Northville, MI 48226
                      Phone; (248) 596-1111
                      E-mail: hmsattyatlaw@aol.com