UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
        **Plaintiff,**

   -vs-                                       Case No. O6-CR-00169
                                                 Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
        **Defendant**

## MOTION FOR EXTENTION OF TIME
## TO FILE PRETRIAL MOTIONS

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court to issue an Order Extending Time to File Pretrial Motions, and in support thereof, states as follows:

1. That the deadline for the filing of pretrial motions is currently March 29, 2007.

2. That the trial in this matter is currently set on the Court's docket for June 4, 2007.

3. That discovery in this multiple defendant drug conspiracy case is voluminous and will require additional time to review prior to preparing pretrial motions.

4. That the government, through its counsel, has not objected to co-defendants' motion for extension of time to file pretrial motions .

5. That this motion is not made for dilatory purposes, but rather to ensure the defendant's effective representation and a fair trial.

WHEREFORE, defendant Demetrious Terrell Pegues moves this Honorable Court to extend the time in which defense counsel may file pretrial motions for sixty (60) days.

        Respectfully submitted:

        /s/Henry M. Scharg (P28804)
        Attorney for Defendant Pegues
        302 W. Main St.
        Northville, Michigan 48167
        (248) 596-1111
        E-mail: hmsattyatlaw@aol.com

Dated: March 26, 2007

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

-vs-             Case No. O6-CR-00169
                Hon. W. Keith Watkins

DEMETRIOUS TERRELL PEGUES
    Defendant
_____ .

CERTIFICATE OF SERVICE

  I hereby certify that on March 26, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        A. Clark Morris
        Assistant U.S. Attorney
        PO Box 197
        Montgomery, AL 36101

        Respectfully Submitted:


        /s/ Henry M. Scharg (P28804)
        Attorney for Defendant
        302 W. Main St.
        Northville, MI 48226
        Phone; (248) 596-1111
        E-mail: hmsattyatlaw@aol.com