UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
        **Plaintiff,**

   **-vs-**                                                Case No. O6-CR-00169
                                                                    Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
              **Defendant**
_____.

## MOTION FOR NOTICE REGARDING
## 404(b) EVIDENCE

    NOW COMES the Defendant, Demetrius Terrell Pegues, by and through his attorney, Henry M. Scharg, respectfully moves this Honorable Court, pursuant to FRE 404(b), to enter an Order requiring the Government to provide Notice of any evidence that it will seek to rely upon at trial which falls within the parameters of FRE 404(b), and in support states as follows:

1. That the Defendant is charged by Indictment with Count 1: Conspiracy to Possess with Intent to Distribute Cocaine, contrary to 21 U.S.C. 841(a); and Count 26: Use of Communications Facility, contrary to 21 USC 843(b).

2. That the Government may seek to rely upon other act evidence in an attempt to obtain a conviction of the defendant.

3. That requiring pretrial disclosure of the Government's intent to use other act evidence will reduce the high potential for prejudice to the defendant from surprise use of this type of evidence.

4. That defendant acknowledges his "initial duty" to request the prosecution to furnish other crimes evidence. That duty is the basis for the present motion.

5. That pretrial disclosure will assist the Court in making timely pretrial determination on admissibility, in avoiding the dangers of unfair prejudice, or confusion of the issues and of misleading the jury and finally, in minimizing undue delay, waste of time, or needless presentation of cumulative evidence during the course of the trial.

WHEREFORE, Defendant Pegues respectfully asks this Honorable Court to enter an Order requiring the Government to give reasonable notice prior to trial of evidence it will seek to rely upon at trial pursuant to Federal Rule Evidence 404(b).

Respectfully submitted:

/s/Henry M. Scharg (P28804)
Attorney for Defendant Pegues
302 W. Main St.
Northville, Michigan 48167
(248) 596-1111
E-mail: hmsattyatlaw@aol.com

Dated: March 26, 2007

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA
Plaintiff,

-vs-                                            Case No. O6-CR-00169
                                                Hon. W. Keith Watkins

DEMETRIOUS TERRELL PEGUES
Defendant
_____.

### BRIEF IN SUPPORT OF
### MOTION FOR NOTICE OF 404(b) EVIDENCE

Defendant Demetrius Terrell Pegues is charged by Indictment with Count 1: Conspiracy to Possess with Intent to Distribute Cocaine, contrary to 21 U.S.C. 841(a); and Count 26: Use of Communications Facility, contrary to 21 USC 843(b).

The Government may attempt to rely upon other act evidence pursuant to FRE 404(b) at trial. Defendant requests the Court to enter an Order requiring the government to give notice of its intent to rely upon similar act evidence.

FRE 404(b)(2) provides that the government in a criminal case shall provide reasonable notice of the use of other act evidence in advance of trial. The Court, as well as the Defendant, has a stake in pretrial disclosure of the intention to introduce similar act evidence into the trial. Admissibility under FRE 404(b) poses questions of admissibility which ordinarily will delay the proceedings if litigated during the course of trial. If the Government is allowed to introduce such evidence during trial, continuances may be

necessary to allow the Defendant a fair opportunity to meet the evidence or to object to it. See **United States v Ebens**, **800 F.2d 1422, 1433 (6th Cir.1986)**; **United States v Blakenship**, **775 F.2d 735, 739-740 (6th Cir.** 1985).  Additionally, erroneous admission of similar act evidence is a common source of mistrials, appeals, and retrials.

It is, therefore in the interest of sound judicial administration to require pretrial notice of the government's intention to use other act evidence and to specify for what purpose it is offering the evidence.

For the reasons set forth, Defendant moves this Honorable Court for an Order requiring the government to give reasonable notice, in advance of trial, of its intention to rely on any evidence which could possible fall with in the parameters of FRE 404(b).

Respectfully submitted:

/s/Henry M. Scharg (P28804)
Attorney for Defendant Pegues
302 W. Main St.
Northville, Michigan 48167
(248) 596-1111
E-mail: hmsattyatlaw@aol.com

Dated:  March 26, 2007

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

-vs-            Case No. O6-CR-00169
               Hon. W. Keith Watkins

DEMETRIOUS TERRELL PEGUES
    Defendant
_____.

CERTIFICATE OF SERVICE

  I hereby certify that on March 26, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        A. Clark Morris
        Assistant U.S. Attorney
        PO Box 197
        Montgomery, AL 36101

        Respectfully Submitted:

        /s/ Henry M. Scharg (P28804)
        Attorney for Defendant
        302 W. Main St.
        Northville, MI 48226
        Phone; (248) 596-1111
        E-mail: hmsattyatlaw@aol.com