IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES, | ) | |

**ORDER**

Upon consideration of defendant's motion for disclosure of Brady Materials (Doc. # 149) and defendant's motion for notice regarding 404(b) evidence (Doc. # 150), and for good cause, it is

ORDERED that the motions be and hereby are DENIED without prejudice. The court's standing order on criminal discovery provides that "[n]o attorney shall file a discovery motion without first conferring with opposing counsel, and no motion will be considered by the court unless it is accompanied by a certification of such conference and a statement of the moving party's good faith efforts to resolve the subject matter of the motion by agreement with opposing counsel." Accordingly, the movant shall confer with opposing counsel to attempt in good faith to resolve the discovery issue prior to filing any discovery motion.

DONE, this 28th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE