IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES, | ) | |
| et al., | ) | |

# **ORDER**

Upon consideration of defendants' motions to extend pretrial motions deadlines (Doc. ## 130 (filed March 16, 2007); 132 (filed March 19, 2007); 135 (filed March 19, 2007); 136 (filed March 19, 2007); 138 (filed March 19, 2007); 139 (filed March 19, 2007); 140 (filed March 20, 2007); 141 (filed March 20, 2007); 144 (filed March 20, 2007); 146 (filed March 26, 2007); 148 (filed March 26, 2007); 151 (filed March 26, 2007)), and for good cause, it is

ORDERED that the motions are granted to the extent that defendants' pretrial motions shall be filed on or before May 2, 2007.[1]

DONE, this 28th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline is extended for all defendants, not just those filing motions to extend.