IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06-cr-00169-WKW-SRW |
| ) | |
| DEMETRIOUS TERRELL ) | |
| PEGUES, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO BE EXCUSED FROM ATTENDING
PRETRIAL CONFERENCE**

**COMES NOW** the undersigned, Jerry M. Blevins, as co-counsel of record for Defendant Demetrious Terrell Pegues, and respectfully moves the Court for an Order excusing the undersigned from attending the Pretrial Conference scheduled for April 2, 2007, and as ground therefore would show as follows:

1. That a Pretrial Conference is scheduled in this matter for 3:00 p.m. on April 2, 2007.

2. That The Court's Order on Arraignment, dated March 9, 2007, directs that "[c]ounsel of record for all parties are ORDERED to appear at all future court proceedings in this criminal case." (see p. 3 of Order under heading Mandatory Appearance of Counsel).

3. That co-counsel, Henry M. Scharg, the lead counsel in this case, will be attending the Pretrial Conference.

4. That the undersigned has other pressing matters to attend to on April 2, 2007, and desires to be excused from attending the Pretrial Conference.

**WHEREFORE** the undersigned requests an Order from the Court excusing the undersigned from attending the Pretrial Conference, for the reasons set forth herein.

        /s/ Jerry M. Blevins
        JERRY M. BLEVINS (BLE003)
        Co-Counsel for Defendant

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        John T. Harmon, Esq.
        A. Clark Morris, Esq.
        P.O. Box 197
        Montgomery, Alabama 36101-0197

        /s/ Jerry M. Blevins
        Jerry M. Blevins