IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )
vs.                           )     Case No.:  2:06-cr-00169-WKW-SRW
                              )
DEMETRIOUS TERRELL            )
PEGUES, et al.,               )
                              )
            Defendants.       )

## MOTION TO BE EXCUSED FROM ATTENDING
## PRETRIAL CONFERENCE

**COMES NOW** the undersigned, Jerry M. Blevins, as co-counsel of record for Defendant Demetrious Terrell Pegues, and respectfully moves the Court for an Order excusing the undersigned from attending the Pretrial Conference scheduled for April 2, 2007, and as ground therefore would show as follows:

1.  That a Pretrial Conference is scheduled in this matter for 3:00 p.m. on April 2, 2007.

2.  That The Court's Order on Arraignment, dated March 9, 2007, directs that "[c]ounsel of record for all parties are ORDERED to appear at all future court proceedings in this criminal case." (see p. 3 of Order under heading Mandatory Appearance of Counsel).

3.  That co-counsel, Henry M. Scharg, the lead counsel in this case, will be attending the Pretrial Conference.

4.  That the undersigned has other pressing matters to attend to on April 2, 2007, and desires to be excused from attending the Pretrial Conference.

**WHEREFORE** the undersigned requests an Order from the Court excusing the undersigned from attending the Pretrial Conference, for the reasons set forth herein.

## MOTION GRANTED

THIS ___30th___ DAY OF ___March___, 20 07

_____
**UNITED STATES MAGISTRATE JUDGE**