UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
          Plaintiff,

  -vs-                                                    Case No. O6-CR-00169
                                                          Hon. W. Keith Watkins
**DEMETRIOUS TERRELL PEGUES**
                    Defendant
_____ /

**MOTION FOR CONTINUANCE
OF TRIAL DATE**

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court for a sixty day continuance of the trial date in the instant case, in order to insure the Defendant his Sixth Amendment rights to the effective assistance of counsel and his Fifth Amendment right to due process of law and a fair trial, and in support thereof, states as follows:

1. That the trial in this matter is currently set on the Court's docket for June 4, 2007.

2. That a continuance is necessary because the defense needs additional time to review the discovery materials consisting of over 7,000 pages of materials including numerous wiretap authorizations and search warrants and hundreds of audio taped conversations.

3. That the government, through its counsel, does not object to this motion for a continuance of the trial date.

4. That this motion is not made for dilatory purposes, but rather to ensure the defendant's effective representation and a fair trial.

5. That defendant requests that the Court determine that the period of time between today's date and the trial date be deemed excludable under the Speedy Trial Act, 18 U.S.C. Section 3161, because defense counsel has not had sufficient time to digest all the relevant evidence, taking into consideration the exercise of due diligence.

6. That defense counsel therefore needs additional time to effectively prepare his defense, determine whether pretrial motions should be filed and to make a reasonable determination as to whether the entry of a guilty plea is in his client's best interest.

WHEREFORE, defendant Demetrious Terrell Pegues prays that his motion be granted.

Respectfully submitted:

/s/Henry M. Scharg (P28804)
Attorney for Defendant Pegues
302 W. Main St.
Northville, Michigan 48167
(248) 596-1111
E-mail: hmsattyatlaw@aol.com

Dated: April 27, 2007

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
          Plaintiff,

-vs-                                  Case No. O6-CR-00169
                                      Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
                Defendant

_____:

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 27, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                         A. Clark Morris
                         Assistant U.S. Attorney
                         PO Box 197
                         Montgomery, AL 36101

                         Respectfully Submitted:

                         /s/ Henry M. Scharg (P28804)
                         Attorney for Defendant
                         302 W. Main St.
                         Northville, MI 48226
                         Phone; (248) 596-1111
                         E-mail: hmsattyatlaw@aol.com