UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
    **Plaintiff,**

-vs-                                                    Case No. O6-CR-00169
                                                        Hon. W. Keith Watkins
**DEMETRIOUS TERRELL PEGUES**
            **Defendant**
_____:

## MOTION FOR EXTENTION OF TIME
## TO FILE PRETRIAL MOTIONS

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court to issue an Order Extending Time to File Pretrial Motions, and in support thereof, states as follows:

1. That the deadline for the filing of pretrial motions is currently May 2, 2007.

2. That the trial in this matter is currently set on the Court's docket for June 4, 2007, although Defendant has filed a Motion for Continuance of Trial Date.

3. That discovery in this multiple defendant drug conspiracy case is voluminous and will require additional time to review prior to preparing pretrial motions.

4. That the government, through its counsel, has previously not objected to co-defendants' earlier motion for extension of time to file pretrial motions.

5. That this motion is not made for dilatory purposes, but rather to ensure the defendant's effective representation and a fair trial.

WHEREFORE, defendant Demetrious Terrell Pegues moves this Honorable Court to extend the time in which defense counsel may file pretrial motions for sixty (60) days.

Respectfully submitted:

/s/Henry M. Scharg (P28804)
Attorney for Defendant Pegues
302 W. Main St.
Northville, Michigan 48167
(248) 596-1111
E-mail: hmsattyatlaw@aol.com

Dated:  April 27, 2007

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
**Plaintiff,**

-vs-                                            Case No. O6-CR-00169
                                                Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
**Defendant**
_____ .

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        A. Clark Morris
        Assistant U.S. Attorney
        PO Box 197
        Montgomery, AL 36101

        Respectfully Submitted:

        /s/ Henry M. Scharg (P28804)
        Attorney for Defendant
        302 W. Main St.
        Northville, MI 48226
        Phone; (248) 596-1111
        E-mail: hmsattyatlaw@aol.com