IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES, *et al.* | ) | |

## **ORDER**

The clerk is DIRECTED to SEAL the Order granting Demetrious Terrell Pegues' Motion for Continuance of Trial Date (Doc. # 219).

Done this 30th day of April, 2007.

                                                      /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE