IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-169-WKW |
| | ) | |
| DEMETRIOUS TERELL PEGUES, *et al.* | ) | |

## **ORDER**

It is ORDERED that the Order (Doc. # 223) dated April 30, 2007, is VACATED.

DONE this 1st day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE