IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES, | ) | |

**ORDER**

Upon consideration of defendant's motion for extension of time to file pretrial motions (Doc. # 220), filed April 27, 2007, and for good cause, it is

ORDERED be and hereby is DENIED.[1]

DONE, this 1st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's motion is general in nature, and it does not establish sufficient good cause for extending the motions deadline. However, defendant may file a motion to file any specific pretrial motion out of time (attaching the proposed pretrial motion) which establishes a colorable basis for late filing of that specific motion, but he must do so on or before two weeks from the date of this order. The court will take the motion under consideration at that time, if such a motion is filed.