UNITED STATES DISTRICT COURT
ALABAMA MIDDLE DISTRICT (MONTGOMERY)

UNITED STATES OF AMERICA
Plaintiff,

-vs-                                    Case No. O6-CR-00169
                                        Hon. W. Keith Watkins
DEMETRIOUS TERRELL PEGUES
Defendant

## MOTION IN LIMINE
## TO EXCLUDE CO-CONSPIRATOR STATEMENTS

The Defendant, Demetrius Terrell Pegues, by his attorney, Henry M. Scharg, and pursuant to Rule 104(a) and (c) of the Federal Rules of Evidence, respectfully moves this Honorable Court to conduct a pre-trial evidentiary hearing to determine the admissibility of any statements made by any other of the alleged co-conspirators which the Government intends to introduce at trial under the "co-conspirators exception" to the hearsay rule, Rule 801(d)(2)(E), Federal Rules of Evidence. At the hearing, the Government has the burden of establishing, by a preponderance of the evidence, independent of any hearsay declarations sought to be admitted under Rule 801(d)(2)(E), the following:

    (a). That a conspiracy existed as alleged in Count I of the Indictment,

    (b). That Defendant, Demetrius Pegues, and the co-conspirators, Cliff Johnson and Charles Craig, whose statements are being offered against him, were members of the alleged conspiracy in Count I, and

    (c). That the statements were made during the course and in furtherance of the conspiracy alleged in Count I.

The Court should grant the foregoing motion on the following grounds:

1. A pre-trial hearing, wherein the judge alone rules on admissibility of co-conspirator hearsay, avoids substantial prejudice to the defendant because juries are unable to disregard co-conspirator hearsay when the requisite independent evidence of a conspiracy is missing.

2. At the pre-trial hearing, the Government must meet the threshold test of **Bourjaily v. United States**, 483 U.S. 171, 97 L.Ed.2d 144, 107 S.Ct. 2775 (1987) regarding the admissibility of co-conspirators' statements.

3. At the pre-trial evidentiary hearing, the evidence considered by the Court in determining the admissibility of the co-conspirators' statements must be independent of the hearsay declarations themselves.

4. A pre-trial hearing will promote conservation of judicial resources as potential defects in joinder and prejudicial joinder can be identified and examined prior to trial, as opposed to weeks or months into trial, thus preventing a mistrial and the inevitable waste of time, energy and efficiency.

WHEREFORE, the Defendant, Demetrius Terrell Pegues, respectfully requests that this Honorable Court conduct a pre-trial evidentiary hearing, pursuant to Rule 104(a) and (c) of the Federal Rules of Evidence, to determine whether the conspiracy alleged in Count I actually existed, whether the Defendant and the co-conspirators whose statements are being offered against him were members of the conspiracy alleged in Count I, and whether the statements were made during the course and in furtherance of the alleged conspiracy in Count I, before admitting any statements of co-conspirators pursuant to Rule 801(d)(2)(E), Federal Rules of Evidence, for consideration by the jury.

Respectfully submitted:

/s/Henry M. Scharg (P28804)
Attorney for Defendant Pegues
302 W. Main St.
Northville, Michigan 48167
(248) 596-1111
E-mail: hmsattyatlaw@aol.com

Dated: May 1, 2007

**UNITED STATES DISTRICT COURT**
**ALABAMA MIDDLE DISTRICT (MONTGOMERY)**

**UNITED STATES OF AMERICA**
     Plaintiff,

 -vs-           Case No. O6-CR-00169
              Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
     Defendant
_____ .

CERTIFICATE OF SERVICE

  I hereby certify that on May 2, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        A. Clark Morris
        Assistant U.S. Attorney
        PO Box 197
        Montgomery, AL 36101


        Respectfully Submitted:


        /s/ Henry M. Scharg (P28804)
        Attorney for Defendant
        302 W. Main St.
        Northville, MI 48226
        Phone; (248) 596-1111
        E-mail: hmsattyatlaw@aol.com