# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 3, 2007

# NOTICE OF CORRECTION

**From:**           **Clerk's Office**

**Case Style:**        **USA vs.  Demetrious Terrell Pegues**

**Case Number:**       **2:06cr196-02-WKW**
                 **Document #233**

This Notice of Correction has been filed in the above referenced case to notice parties of docketing error - briefs are not to be embedded in motions but are to be filed as a separate document.