UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
        Plaintiff,

-vs-                                        Case No. O6-CR-00169
                                                  Hon. Susan Russ Walker

**DEMETRIOUS TERRELL PEGUES**
                Defendant

## MOTION TO HAVE DEFENDANT PEGUES PRESENT FOR MOTION HEARING

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court to issue an Order to Produce Defendant Pegues for the June 12, 2007 motion hearing, and in support thereof, states as follows:

1. That the above referenced matter is set for a motion hearing on Tuesday, June12, 2007 at 2:00 pm.

2. That the Defendant has requested to be present at said motion hearing.

3. That the Defendant has further requested to be transported to the U.S. Courthouse on the morning of June 12, 2007, so that he may confer with his counsel prior to said hearing..

WHEREFORE, defendant Demetrious Terrell Pegues moves this Honorable Court enter an Order requiring the U.S. Marshal, or the person having custody of the Defendant, Demetrious Pegues, to produce the defendant for this proceeding.

                Respectfully submitted:

                /s/Henry M. Scharg (P28804)
                Attorney for Defendant Pegues
                302 W. Main St.
                Northville, Michigan 48167
                (248) 596-1111
                E-mail: hmsattyatlaw@aol.com

Dated:  June 5, 2007

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
**Plaintiff,**

**-vs-**                                                            Case No. O6-CR-00169
                                                                    Hon. Susan Russ Walker

**DEMETRIOUS TERRELL PEGUES**
**Defendant**
_____ :

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>A. Clark Morris
>Assistant U.S. Attorney
>PO Box 197
>Montgomery, AL 36101

>Respectfully Submitted:

>/s/ Henry M. Scharg (P28804)
>Attorney for Defendant
>302 W. Main St.
>Northville, MI 48226
>Phone; (248) 596-1111
>E-mail: hmsattyatlaw@aol.com