UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
Plaintiff,

-vs-

Case No. O6-CR-00169
Hon. Susan Russ Walker

**DEMETRIOUS TERRELL PEGUES**
Defendant

_____:

## MOTION TO HAVE DEFENDANT PEGUES PRESENT FOR MOTION HEARING

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court to issue an Order to Produce Defendant Pegues for the June 12, 2007 motion hearing, and in support thereof, states as follows:

1. That the above referenced matter is set for a motion hearing on Tuesday, June12, 2007 at 2:00 pm.

2. That the Defendant has requested to be present at said motion hearing.

3. That the Defendant has further requested to be transported to the U.S. Courthouse on the morning of June 12, 2007, so that he may confer with his counsel prior to said hearing..

**MOTION GRANTED**

THIS 6th DAY OF June, 20 07

_____
UNITED STATES MAGISTRATE JUDGE