IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06-cr-00169-WKW-SRW |
| ) | |
| DEMETRIOUS TERRELL ) | |
| PEGUES, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO BE EXCUSED FROM ATTENDING MOTION HEARING

**COMES NOW** the undersigned, Jerry M. Blevins, as co-counsel of record for Defendant Demetrious Terrell Pegues, and respectfully moves the Court for an Order excusing the undersigned from attending the Motion Hearing scheduled for June 12, 2007, and as ground therefore would show as follows:

1. That a Motion Hearing is scheduled in this matter for 1:00 p.m. on June 12, 2007.

2. That The Court's Order on Arraignment, dated March 9, 2007, directs that "[c]ounsel of record for all parties are ORDERED to appear at all future court proceedings in this criminal case." (see p. 3 of Order under heading Mandatory Appearance of Counsel).

3. That co-counsel, Henry M. Scharg, the lead counsel in this case, will be attending and conducting the Motion Hearing.

4. That the undersigned has other pressing matters to attend to on June 12, 2007, and desires to be excused from attending the Motion Hearing.

**WHEREFORE** the undersigned requests an Order from the Court excusing the undersigned from attending the Motion Hearing scheduled for June 12, 2007, for the reasons set forth herein.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Co-Counsel for Defendant

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

John T. Harmon, Esq.
A. Clark Morris, Esq.
P.O. Box 197
Montgomery, Alabama 36101-0197

/s/ Jerry M. Blevins
Jerry M. Blevins