IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES | ) | |

## AMENDED ORDER

For good cause, it is

ORDERED that the hearing on the motions to suppress is **re-scheduled from June 12, 2007 to September 19, 2007 at 9:00 a.m.** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 7th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE