IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES | ) | |
| CLIFF JOHNSON | ) | |
| TERRENCE ANTWAN JEROME NEWKIRK | ) | |
| CHARLES DANIEL CRAIG | ) | |
| KOWOSKY TYWAN CHRISTIAN | ) | |
| CHRISTOPHER IMAN ULMER | ) | |
| DEMETRIA MILLS | ) | |
| DARRYL LAMONT BROWN | ) | |
| DARNELL MONTREZE BROWN | ) | |
| RODRIGEZ CHILDRES | ) | |
| ROGER WALTON | ) | |
| JAMES EARL HUBBARD | ) | |
| JAMES CALVIN TALLEY | ) | |
| WILMONT TIMOTHY BARNETT | ) | |
| WILLIAM EARL ULMER | ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for November 5, 2007, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 8:30 a.m. on September 28, 2007 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

DONE, this 26th day of June, 2007.

                                                    /s/ Susan Russ Walker
                                                   SUSAN RUSS WALKER
                                                   UNITED STATES MAGISTRATE JUDGE