UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
       **Plaintiff,**

-vs-                                 **Case No. 2:O6-CR-0169**
                                         **Hon. Susan Russ Walker**

**DEMETRIOUS TERRELL PEGUES**
       **Defendant**
_____ .

## MOTION TO WITHDRAW
## PRETRIAL MOTIONS

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves to withdraw the Motion to Suppress Physical Evidence and Motion to Suppress Evidence Arising From An Unlawful Traffic Stop (Doc ## 231,233) filed on May 2, 2007.

A Motion Hearing on said motions is currently scheduled before Magistrate-Judge Susan Russ Walker, at the U.S. Courthouse in Montgomery, Alabama on September 19, 2007.

That the government attorney, A. Clark Morris, concurs in this motion.

That both parties agree that the ends of justice are best served by granting said motion and allowing the defendant to withdraw these pre-trial motions at this time.

Respectfully submitted:

<u>/s/Henry M. Scharg (P28804)</u>
Attorney for Defendant Pegues
302 W. Main St.
Northville, Michigan 48167
(248) 596-1111
E-mail: hmsattyatlaw@aol.com

Dated: September 13, 2007

**UNITED STATES DISTRICT COURT**
**MIDDEL DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**
    **Plaintiff,**

 **-vs-**           Case No. 2:O6-CR-00169
                  Hon. Susan Russ Walker

**DEMETRIOUS TERRELL PEGUES**
    **Defendant**

_____ .

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 13, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        A. Clark Morris
        Assistant U.S. Attorney
        PO Box 197
        Montgomery, AL 36101

        Respectfully Submitted:


        <u>/s/ Henry M. Scharg (P28804)</u>
        Attorney for Defendant
        302 W. Main St.
        Northville, MI 48226
        Phone; (248) 596-1111
        E-mail: hmsattyatlaw@aol.com