UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA
Plaintiff,

-vs-

DEMETRIOUS TERRELL PEGUES
Defendant

Case No. 2:06-CR-0169
Hon. Susan Russ Walker

## MOTION TO WITHDRAW PRETRIAL MOTIONS

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves to withdraw the Motion to Suppress Physical Evidence and Motion to Suppress Evidence Arising From An Unlawful Traffic Stop (Doc ## 231,233) filed on May 2, 2007.

A Motion Hearing on said motions is currently scheduled before Magistrate-Judge Susan Russ Walker, at the U.S. Courthouse in Montgomery, Alabama on September 19, 2007.

That the government attorney, A. Clark Morris, concurs in this motion.

**MOTION GRANTED**

THIS 13TH DAY OF September, 20 07

UNITED STATES MAGISTRATE JUDGE