IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:06-cr-169-WHW |
| ) | |
| DEMETRIOUS PEGUES    ) | |

## O R D E R

Upon consideration of the government's motion for release of prisoner (Doc. # 305), filed on September 20, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Demetrious Pegues, to Todd Mims, DEA, and/or Doug Walters, DEA, and/or Tom Halasz, DEA, on September 21, 2007, through December 21, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Todd Mims, DEA, and/or Doug Walters, DEA, and/or Tom Halasz, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 20th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE