UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
       **Plaintiff,**

-vs-                                                     Case No. O6-CR-00169
                                                         Hon. Susan Russ Walker

**DEMETRIOUS TERRELL PEGUES**
              **Defendant**
_____ :

**MOTION TO HAVE DEFENDANT PEGUES**
**PRESENT  FOR  PRETRIAL**

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court to issue an Order to Produce Defendant Pegues for the September 28, 2007 pretrial, and in support thereof, states as follows:

1. That the above referenced matter is set for a pretrial on Friday, September 28, 2007 at 9:00 am.

2. That the Defendant has requested to be present at said pretrial.

3. That the Defendant has further requested to be transported to the U.S. Courthouse on the morning of Friday, September 28, 2007, so that he may confer with his counsel prior to said pretrial.

WHEREFORE, defendant Demetrious Terrell Pegues moves this Honorable Court enter an Order requiring the U.S. Marshal, or the person having custody of the Defendant, Demetrious Pegues, to produce the defendant for this proceeding.

        Respectfully submitted:

        /s/Henry M. Scharg (P28804)
        Attorney for Defendant Pegues
        302 W. Main St.
        Northville, Michigan 48167
        (248) 596-1111
        E-mail: hmsattyatlaw@aol.com

Dated:  September 21, 2007

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
         **Plaintiff,**

  **-vs-**                                              Case No. O6-CR-00169
                                                        **Hon. Susan Russ Walker**
**DEMETRIOUS TERRELL PEGUES**
              **Defendant**
_____.

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 21, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        A. Clark Morris
        Assistant U.S. Attorney
        PO Box 197
        Montgomery, AL 36101

        Respectfully Submitted:

        /s/ Henry M. Scharg (P28804)
        Attorney for Defendant
        302 W. Main St.
        Northville, MI 48226
        Phone; (248) 596-1111
        E-mail: hmsattyatlaw@aol.com