IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES | ) | |

**ORDER**

Upon consideration of defendant's motion to have defendant present for pretrial (Doc. # 308), filed September 21, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

1. The United States Marshal is DIRECTED to produce defendant for the pretrial conference scheduled for 3:00 p.m. on September 28, 2007.

2. Defense counsel will be able to confer with his client in the Marshal lock-up after 9:30 a.m.

DONE, this 24th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE