IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06-cr-00169-WKW-SRW |
| ) | |
| DEMETRIOUS TERRELL ) | |
| PEGUES, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO BE EXCUSED FROM ATTENDING
PRETRIAL HEARING**

**COMES NOW** the undersigned, Jerry M. Blevins, as co-counsel of record for Defendant Demetrious Terrell Pegues, and respectfully moves the Court for an Order excusing the undersigned from attending the pretrial hearing scheduled for September 28, 2007, and as ground therefore would show as follows:

1. That a pretrial hearing is scheduled for 9:00 a.m. on September 28, 2007.

2. That The Court's Order on Arraignment, dated March 9, 2007, directs that "[c]ounsel of record for all parties are ORDERED to appear at all future court proceedings in this criminal case." (see p. 3 of Order under heading Mandatory Appearance of Counsel).

3. That co-counsel, Henry M. Scharg, the lead counsel in this case, will be attending the pretrial hearing.

4. That the undersigned has other matters to attend to on September 28, 2007, and desires to be excused from attending the pretrial hearing.

**WHEREFORE** the undersigned requests an Order from the Court excusing the undersigned from attending the pretrial hearing scheduled for September 28, 2007, for the reasons set forth herein.

**MOTION GRANTED**

THIS 25th DAY OF September, 2007

_____
UNITED STATES MAGISTRATE JUDGE

1