UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  -vs-               Case No. O6-CR-00169
                    Hon. W. Keith Watkins
**DEMETRIOUS TERRELL PEGUES**
    **Defendant**
_____/

## MOTION TO ALLOW COUNSEL ATTEND PRETRIAL BY TELECONFERENCE

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court for an Order granting counsel permission to attend the pretrial via teleconference, and in support thereof, states as follows:

1. That the pretrial in this matter was originally scheduled for Friday, September 28, 2007 at 9:00 a.m.

2. That earlier this week, the pretrial was moved back to Friday afternoon at 3:00 p.m. to accommodate other counsel.

3. That defense counsel for Mr. Pegues is scheduled to meet with the U.S. Attorney and case agents to discuss disposition of this case on Thursday, September 27, 2007 and planned on attending the pretrial conference on

September 28, 2007 at 9:00 a.m., prior to this Court's rescheduling of the pretrial.

4. That defense counsel for Mr. Pegues is scheduled to depart from Birmingham, Alabama on Friday, September 28, 2007 at 5:00 p.m., on the last flight to Detroit, Michigan that day.

5. There are no pressing issues in this case which can not be addressed by counsel via telephone conference with the Court from the airport at the designated time.

6. That defense counsel will be available in the morning hours of Friday, September 28th if the Court deems it necessary to conference in person with the government and counsel for Mr. Pegues.

7. That the government, through its counsel, does not object to this motion for a teleconference with defense counsel for Mr. Pegues.

WHEREFORE, defendant Demetrious Terrell Pegues prays that his motion be granted.

Respectfully submitted:

/s/Henry M. Scharg (P28804)
Attorney for Defendant Pegues
302 W. Main St.
Northville, Michigan 48167
(248) 596-1111
E-mail: hmsattyatlaw@aol.com

Dated: September 26, 2007

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
   **Plaintiff,**

   -vs-                                                           Case No. O6-CR-00169
                                                                  Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
                    **Defendant**
_____:

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant U.S. Attorney
PO Box 197
Montgomery, AL 36101

Respectfully Submitted:

/s/ Henry M. Scharg (P28804)
Attorney for Defendant
302 W. Main St.
Northville, MI 48226
Phone; (248) 596-1111
E-mail: hmsattyatlaw@aol.com