IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES, | ) | |

**ORDER**

Upon consideration of defendant's motion to attend pretrial conference by telephone (Doc. # 333), filed September 26, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that defendant's counsel shall call the Judge's chambers at 3:00 p.m. on September 28, 2007 to enable him to attend the pretrial conference by telephone.

DONE, this 27th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE