IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
vs.    )    Case No.:  2:06-cr-00169-WKW-SRW
    )
DEMETRIOUS TERRELL    )
PEGUES, et al.,    )
    )
    Defendants.    )

## MOTION TO WITHDRAW AS CO-COUNSEL

**COMES NOW** the undersigned, Jerry M. Blevins, as co-counsel of record for Defendant Demetrious Terrell Pegues, and respectfully moves the Court for an Order permitting the undersigned to withdraw from further representation in this matter, and as grounds therefore would show as follows:

1.  That the undersigned was previously enlisted as Defendant's co-counsel for a very limited purpose.

2.  That the undersigned is no longer needed as co-counsel in this matter.

3.  That Defendant will continue to be represented by lead counsel, Henry M. Scharg.

4.  That the undersigned requests permission to withdraw from further representation in this matter.

**WHEREFORE** the undersigned requests permission to withdraw from further representation in this matter, for the reasons set forth herein.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Co-Counsel for Defendant

1

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

> John T. Harmon, Esq.
> A. Clark Morris, Esq.
> P.O. Box 197
> Montgomery, Alabama 36101-0197

/s/ Jerry M. Blevins
Jerry M. Blevins