IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06-cr-00169-WKW-SRW |
| ) | |
| DEMETRIOUS TERRELL ) | |
| PEGUES, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS CO-COUNSEL

**COMES NOW** the undersigned, Jerry M. Blevins, as co-counsel of record for Defendant Demetrious Terrell Pegues, and respectfully moves the Court for an Order permitting the undersigned to withdraw from further representation in this matter, and as grounds therefore would show as follows:

1. That the undersigned was previously enlisted as Defendant's co-counsel for a very limited purpose.

2. That the undersigned is no longer needed as co-counsel in this matter.

3. That Defendant will continue to be represented by lead counsel, Henry M. Scharg.

4. That the undersigned requests permission to withdraw from further representation in this matter.

**WHEREFORE** the undersigned requests permission to withdraw from further representation in this matter, for the reasons set forth herein.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Co-Counsel for Defendant

**MOTION GRANTED**

THIS 5th DAY OF October, 20 07

_____
UNITED STATES MAGISTRATE JUDGE

1