UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
　　　　　Plaintiff,

　　-vs-　　　　　　　　　　　　　　　Case No. O6-CR-00169
　　　　　　　　　　　　　　　　　　　Hon. W. Keith Watkins
**DEMETRIOUS TERRELL PEGUES**　　　Magistrate Susan Russ Walker
　　　　　Defendant
_____ :

**NOTICE OF INTENT**
**TO CHANGE PLEA**

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and hereby notifies the Court of his intent to change his plea of not guilty and enter a plea of guilty to Count One of the Indictment.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　/s/Henry M. Scharg (P28804)
　　　　　　　　　　　　　　　　Attorney for Defendant Pegues
　　　　　　　　　　　　　　　　302 W. Main St.
　　　　　　　　　　　　　　　　Northville, Michigan 48167
　　　　　　　　　　　　　　　　(248) 596-1111
　　　　　　　　　　　　　　　　E-mail: hmsattyatlaw@aol.com

Dated this 10th day of October, 2007.

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
**Plaintiff,**

-vs-                                                      Case No. O6-CR-00169
                                                          Hon. W. Keith Watkins
**DEMETRIOUS TERRELL PEGUES**                             Magistrate Susan Russ Walker
**Defendant**
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 10, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        A. Clark Morris
        Assistant U.S. Attorney
        PO Box 197
        Montgomery, AL 36101

        Respectfully Submitted:

        /s/ Henry M. Scharg (P28804)
        Attorney for Defendant
        302 W. Main St.
        Northville, MI 48226
        Phone; (248) 596-1111
        E-mail: hmsattyatlaw@aol.com