UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
          Plaintiff,

   -vs-                                         Case No. O6-CR-00169
                                                      Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
               Defendant

<u>**MOTION FOR CONTINUANCE
OF SENTENCING DATE**</u>
**(DEMETRIOUS TERRELL PEGUES)**

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court for a sixty (60) day continuance of the sentencing date and additional time to file objections to the presentence report, and in support thereof, states as follows:

1. That sentencing in this matter is currently set on the Court's docket for Tuesday, January 22, 2008 at 9:00 a.m.

2. At the time of his guilty plea, Defendant Pegues entered into a cooperation agreement with the government that specifies that the government would move for a downward departure of his sentence to reflect the Defendant's cooperation in the investigation and prosecution of others.

3. That a continuance is necessary because the Defendant continues to fulfill his obligations pursuant to the cooperation agreement with the government that

   may impact the anticipated motion for substantial assistance that the government intends to file with this Court.

4. That furthermore, defense counsel is out of state and needs additional time to meet with the Defendant who is in custody in the Montgomery City Jail, to review the presentence report and file objections to the calculation of the sentencing guidelines ranges with the probation department.

5. That the government, through its counsel, does not object to this motion for a continuance of the sentencing date.

6. That defendant requests that the Court determine that the period of time between today's date and sentencing be deemed excludable under the Speedy Trial Act, 18 U.S.C. Section 3161, taking into consideration the exercise of due diligence.

   WHEREFORE, defendant Demetrious Terrell Pegues prays that his motion be granted.

                                        Respectfully submitted:


                                        /s/Henry M. Scharg (P28804)
                                        Attorney for Defendant Pegues
                                        302 W. Main St.
                                        Northville, Michigan 48167
                                        (248) 596-1111
                                        E-mail: hmsattyatlaw@aol.com

Dated:  January 2, 2008

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
         **Plaintiff,**

    **-vs-**                        Case No. O6-CR-00169
                                      Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
                **Defendant**
_____/

### CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                              A. Clark Morris
                              Assistant U.S. Attorney
                              PO Box 197
                              Montgomery, AL 36101


                              Respectfully Submitted:


                              /s/ Henry M. Scharg (P28804)
                              Attorney for Defendant
                              302 W. Main St.
                              Northville, MI 48226
                              Phone; (248) 596-1111
                              E-mail: hmsattyatlaw@aol.com