IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES | ) | |

## **ORDER**

Upon consideration of the defendant's Motion for Continuance of Sentencing Date (Doc. # 480) to which the government does not object, it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from January 22, 2008 to **April 15, 2008, at 9:30 a.m.**

DONE this 7th day of January, 2008.

　　　　　　　　　　　　　　　　　　　/s/   W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE