UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
       **Plaintiff,**

   **-vs-**                                  Case No. O6-CR-00169
                                                   Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
       **Defendant**
_____ /

**MOTION FOR CONTINUANCE
OF SENTENCING DATE
(DEMETRIOUS TERRELL PEGUES)**

NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court for a sixty (60) day continuance of the sentencing date and additional time to file objections to the presentence report, and in support thereof, states as follows:

1. That sentencing in this matter is currently set on the Court's docket for Tuesday, April 15, 2008 at 9:30 a.m.

2. At the time of his guilty plea, Defendant Pegues entered into a cooperation agreement with the government that specifies that the government would move for a downward departure of his sentence to reflect the Defendant's cooperation in the investigation and prosecution of others.

3. That a continuance is necessary because the Defendant continues to fulfill his obligations pursuant to the cooperation agreement with the government that may impact the anticipated motion for substantial assistance that the government intends to file with this Court.

4. That furthermore, defense counsel has timely filed objections to the presentence report that are still be considered by the probation department, and a final presentence report is still pending.

5. That the government, through its counsel, A. Clark Morris, does not object to this motion for a continuance of the sentencing date.

6. That defendant requests that the Court determine that the period of time between today's date and sentencing be deemed excludable under the Speedy Trial Act, 18 U.S.C. Section 3161, taking into consideration the exercise of due diligence.

WHEREFORE, defendant Demetrious Terrell Pegues prays that his motion be granted.

Respectfully submitted:

/s/Henry M. Scharg (P28804)
Attorney for Defendant Pegues
302 W. Main St.
Northville, Michigan 48167
(248) 596-1111
E-mail: hmsattyatlaw@aol.com

Dated:  April 1, 2008

**UNITED STATES DISTRICT COURT**
**MIDDEL DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**
         **Plaintiff,**

   **-vs-**                                        Case No. O6-CR-00169
                                                              Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
                **Defendant**
_____**.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                                    A. Clark Morris
                                    Assistant U.S. Attorney
                                    PO Box 197
                                    Montgomery, AL 36101

                                    Respectfully Submitted:

                                  /s/ Henry M. Scharg (P28804)
                                  Attorney for Defendant
                                  302 W. Main St.
                                  Northville, MI 48226
                                  Phone; (248) 596-1111
                                  E-mail: hmsattyatlaw@aol.com