IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES | ) | |

## **ORDER**

Upon consideration of the defendant's Motion for Continuance of Sentencing Date (Doc. # 594) to which the government does not object, it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from April 15, 2008, to **July 22, 2008, at 9:30 a.m.**

DONE this 3rd day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE