IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Case No. 2:06-cr-0169-WKW |
| ) | |
| DEMETRIOUS TERRELL PEGUES ) | |

## **ORDER**

Defendant Demetrious Pegues's Motion in Limine to Exclude Co-Conspirator Statements (Doc. # 230) is currently pending before the court. It is ORDERED that the motion is DENIED as moot.

DONE this 22nd day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE