IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:06cr169-WKW |
| ) | |
| DEMETRIOUS TERRELL PEGUES ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 612), filed on April 23, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Demetrious Terrell Pegues from April 24, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Doug Walters and Tom Halasz, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 24th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE