IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES | ) | |

### **ORDER**

It is ORDERED that the sentencing hearing for Defendant Pegues is CONTINUED from July 22, 2008, to **August 5, 2008, at 9:30 a.m.**

DONE this 9th day of May, 2008.

                                           /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE