UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**
       **Plaintiff,**

   **-vs-**                                       Case No. O6-CR-00169
                                                        Hon. W. Keith Watkins

**DEMETRIOUS TERRELL PEGUES**
       **Defendant**

_____ .

**MOTION FOR CONTINUANCE
OF SENTENCING DATE
(DEMETRIOUS TERRELL PEGUES)**

      NOW COMES the defendant, Demetrious Terrell Pegues, by and through his attorney, Henry M. Scharg, and moves this Honorable Court for a thirty (30) day continuance of the sentencing date, and in support thereof, states as follows:

1. That sentencing in this matter is currently set on the Court's docket for Tuesday, August 5, 2008.

2. That a continuance is necessary because Defendant's objections to the presentence report are still be considered by the probation department, and a final presentence report has not been completed.

3. That the parties have acted in good faith to resolve these objections to the presentence report in an expeditious manner, but geographical considerations,

scheduling conflicts and family circumstances have caused a delay in resolving these objections to date.

4. That the parties are confident that all objections will be resolved within thirty (30) days and that sentencing will be able to proceed at that time.

5. That the probation department and the government, through its counsel, A. Clark Morris, does not object to this motion for a continuance of the sentencing date.

6. That defendant requests that the Court determine that the period of time between today's date and sentencing be deemed excludable under the Speedy Trial Act, 18 U.S.C. Section 3161, taking into consideration the exercise of due diligence.

WHEREFORE, defendant Demetrious Terrell Pegues prays that his motion be granted.

                                Respectfully submitted:

                                /s/Henry M. Scharg (P28804)
                                Attorney for Defendant Pegues
                                302 W. Main St.
                                Northville, Michigan 48167
                                (248) 596-1111
                                E-mail: hmsattyatlaw@aol.com

Dated:  July 23, 2008

UNITED STATES DISTRICT COURT
MIDDEL DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

-vs-                                              Case No. O6-CR-00169
                                                  Hon. W. Keith Watkins

DEMETRIOUS TERRELL PEGUES
    Defendant
_____/

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant U.S. Attorney
PO Box 197
Montgomery, AL 36101

Respectfully Submitted:

/s/ Henry M. Scharg (P28804)
Attorney for Defendant
302 W. Main St.
Northville, MI 48226
Phone; (248) 596-1111
E-mail: hmsattyatlaw@aol.com