IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:06-cr-0169-WKW |
| ) | |
| DEMETRIOUS TERRELL PEGUES ) | |

## **ORDER**

This case is before the court on Defendant's Motion for Continuance of Sentencing Date (Doc. # 657). It is ORDERED that the motion is GRANTED, and the sentencing hearing for Defendant Pegues is CONTINUED from August 5, 2008, to **September 10, 2008, at 10:00 a.m.**

DONE this 25th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE